UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>CLIVEN BUNDY, et al.,<br><br>                          Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mot. for Joinder – Dkt. ##468) |

This matter is before the Court on Defendant Joseph D. O'Shaughnessy Motion for Joinder (Dkt. #468) to Defendant Ryan W. Payne's Motion to Sever (Dkt. #460). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. The Government filed a Response (Dkt. #511) opposing Payne's Motion, and incorporating its arguments to Defendant O'Shaughnessy's request for joinder. To avoid serial motions on the same matter, the Court finds good cause to grant the request to join in Payne's Motion. The government need not file a separate response unless the joinder raises new or different arguments than the motion for which the request to join is granted.

Accordingly,

**IT IS ORDERED:** Defendant Joseph D. O'Shaughnessy Motion for Joinder (Dkt. #468) is GRANTED. The Government shall not be required to file a separate response, and its Response (Dkt. #511) to Defendant Ryan W. Payne's Motion to Sever (Dkt. #460) shall serve as its response to the Defendant granted leave to join.

Dated this 14th day of June, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1